# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00536-EWN-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN OSBORNE,

    Defendant.

---

## ORDER CONTINUING AND MODIFYING SUPERVISED RELEASE

---

    THIS MATTER comes before the court at a violation hearing on April 11, 2008, pursuant to the probation officer's petition for violations of supervised release. Alleged violations 10 and 11 were withdrawn. Based upon the defendant's admission to violations 1 through 9, and 12 through 16 of the petition, the court

    ORDERED the defendant's supervised release be continued to the original expiration date of September 22, 2010, with special condition as follows:

    The defendant shall reside in a Residential Re-entry Center for six months, to commence as directed by the probation officer, and shall observe the rules of that facility. It is

    FURTHER ORDERED that all other conditions originally imposed shall remain in full force and effect.

    DATED at Denver, Colorado, this 14th day of April, 2008.

    BY THE COURT:

    s/ Edward W. Nottingham
    Edward W. Nottingham
    Chief United States District Judge